AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| DOUGLAS N. GAER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **10-1061** |
| EDUCATION MANAGEMENT CORP., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Education Management Corp.
>c/o Todd S. Nelson, Chief Executive Officer
>210 Sixth Avenue - 33rd Floor
>Pittsburgh, Pennsylvania 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Lewis S. Kahn
>Kahn Swick & Foti, LLC
>206 Covington Street
>Madisonville, Louisiana 70447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 12 2010

*R.V. Barth, Jr.*

*Signature of Clerk or Deputy Clerk*

AO 440 Rev. 12/09 Summons in a Civil Action Page 2

Civil Action No. **10-1061**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Education Management Corp**
was received by me on *(date)* .

☐ I personally served the summons on the individual at *(place)*
on *(date)*                                                                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*           , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Cris Alampi**                        , who is
designated by law to accept service of process on behalf of *(name of organization)* **Education Management Corp.**                             on *(date)* **Aug. 16, 2010** ; or

☐ I returned the summons unexecuted because                                              ; or

☒ Other *(specify)*: service of summons and complaint on Cris Alampi, Executive Assistant to Edward H. West, at 210 Sixth Avenue, 33rd Floor, Pgh, PA on Aug. 16, 2010.

My fees are $          for travel and $          for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: August 16, 2010

*Server's signature*

Robert M. Remin
*Printed name and title*

1-Jamaica Ave,
Pittsburgh, PA
*Server's address*

Additional information regarding attempted service, etc: