# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## OKLAHOMA POLICE PENSION & RETIREMENT SYSTEM

I, Steven K. Snyder, on behalf of the Oklahoma Police Pension & Retirement System ("Oklahoma Police"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Executive Director and Chief Investment Officer of Oklahoma Police. I have reviewed a copy of the complaint filed against Education Management Corp. ("Education Management").

2. Oklahoma Police has authorized Berman DeValerio to file a motion for appointment as lead plaintiff and appointment of lead counsel on its behalf in this litigation.

3. Oklahoma Police did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

4. Oklahoma Police is willing to serve as a lead plaintiff and a representative party on behalf of the class and to provide testimony at deposition and trial, if necessary.

5. Oklahoma Police's transactions in the securities of Education Management between October 2, 2009 and August 16, 2010, inclusive, are set forth in Schedule A, attached hereto.

6. During the three-year period preceding the date of my signing this Certification, Oklahoma Police has sought to serve as lead plaintiff in the following actions: (1) *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.); (2) *In re Bank United Sec. Litig.*, 08-CV-22572 (S.D. Fla.); and (3) *In re Sequenom, Inc. Sec. Litig.*, 09-921 (S.D. Cal.).

7. Oklahoma Police was appointed to serve as lead plaintiff in the American Home Action and the Bank United Action.

8. Oklahoma Police will not accept any payment for serving as class representative on behalf of the class beyond Oklahoma Police's pro rata share of any recovery, except for an award, as ordered or approved by the Court in compliance with the federal laws, directly relating to the representation of the class.

9. As Executive Director and Chief Investment Officer of Oklahoma Police, I am duly authorized to sign this Certification on behalf of Oklahoma Police.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11th, 2010.

_____
Steven K. Snyder

# Schedule A

**Class Period:**  10/02/09 - 08/16/10

| Trade Date | Transaction | Number of Shares | Price |
|---|---|---|---|
| 03/29/10 | PURCHASE | 4,400 | $21.4669 |
| 03/30/10 | PURCHASE | 19,000 | $21.9382 |
| 03/31/10 | PURCHASE | 8,900 | $21.9576 |
| 07/19/10 | SALE | (2,540) | $18.5344 |
| 07/19/10 | SALE | (2,260) | $18.5812 |
| 07/28/10 | PURCHASE | 788 | $15.9015 |
| 07/28/10 | PURCHASE | 497 | $15.9016 |
| 07/29/10 | PURCHASE | 4,655 | $15.6715 |
| 07/30/10 | PURCHASE | 1,655 | $15.5023 |
| 08/02/10 | PURCHASE | 1,662 | $15.7539 |
| 08/03/10 | PURCHASE | 7,981 | $14.8126 |
| 08/04/10 | PURCHASE | 2,494 | $14.6254 |
| 08/05/10 | PURCHASE | 1,995 | $14.2808 |
| 08/06/10 | PURCHASE | 3,273 | $13.2623 |