# EXHIBIT A

**Losses of the Allen Group on Education Management Securities**

JON ALLEN:

| Purchase date | Purchase price | Number of shares | Cost | Sale date | Sale price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 8/2/2010 | 15.75 | 950 | 14962.5 | held | 11.0466 | 10494.266 | ($4,468.23) |

**Total**  ($4,468.23)

DOUGLAS GAER:

| Purchase date | Purchase price | Number of shares | Cost | Sale date | Sale price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/2/2009 | 22.01 | 150 | 3301.5 | 7/15/2010 | 15.45 | 2317.5 | ($984.00) |
| 10/2/2009 | 22.06 | 100 | 2206 | 7/15/2010 | 15.45 | 1545 | ($661.00) |
| 10/5/2009 | 22.79 | 100 | 2279 | 7/15/2010 | 15.45 | 1545 | ($734.00) |

**Total**  ($2,379.00)

CECELIA SCHWARTZ:

| Purchase date | Purchase price | Number of shares | Cost | Sale date | Sale price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/9/2009 | 22.528 | 150 | 3379.2 | held | 11.0466 | 1656.9894 | (1,722.21) |

**Total**  (1,722.21)

LYNNE GOLDSTEIN

| Purchase date | Purchase price | Number of shares | Cost | Sale date | Sale price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/6/2009 | 22.6 | 100 | 2260 | held | 11.0466 | 1104.6596 | (1,155.34) |
| 10/20/2009 | 26.29 | 200 | 5258 | held | 11.0466 | 2209.3191 | (3,048.68) |

**Total**  (4,204.02)

PETROLEUM STRATEGIC CONSULTING

| Purchase date | Purchase price | Number of shares | Cost | Sale date | Sale price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 8/3/2010 | 14.77 | 2000 | 29540 | 9/23/2010 | 12.5 | 25000 | ($4,540.00) |

**Total**  ($4,540.00)

| | |
|---|---|
| **Group Losses** | ($17,313.47) |
| **Group Net Shares Purchased** | 3400 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR NAMED PLAINTIFF

___Jon Wilson Allen___ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and retains the firm of Kahn Swick and Foti LLC. to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase securities of **Education Management Corporation** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of **Education Management Corporation** as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond it's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___August 22___, 2010

_____
Plaintiff Signature

___Jon Wilson Allen___
Printed Name

Name of Plaintiff: _Jon Wilson Allen_

Schedule of Plaintiff's Transaction(s) in: **Education Management Corporation**

Purchase(s):

| Date | Units | Price |
|---|---|---|
| August 2, 2010 | 950 | $15.75 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR LEAD PLAINTIFF

Douglas N. Gaer  (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and plaintiff is willing to serve as a lead plaintiff in this case and all other related cases that may be consolidated with it.

2. Plaintiff did not purchase securities of EDMC at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of EDMC as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10 August, 2010

_____
Plaintiff Signature

Name of Plaintiff: Douglas N. Gaer

Schedule of Plaintiff's Transaction(s) in: EDMC

Purchase(s):

| Date | Units | Price |
|---|---|---|
| 10/02/09 | 150 | $22.010 |
| 10/02/09 | 100 | $22.060 |
| 10/05/09 | 100 | $22.790 |

Sale(s):

| Date | Units | Price |
|---|---|---|
| 07/15/10 | 350 | $15.45 |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR NAMED PLAINTIFF

_Cecelia Schwartz_ (name) ("plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and retains the firm of Kahn Swick and Foti LLC. to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase securities of **Education Management Corporation** at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, plaintiff has executed transactions in the securities of **Education Management Corporation** as follows. See Attached Schedule.

5. In the last three years, plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Plaintiff will not accept payment for serving as a lead plaintiff beyond it's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _8-23_, 2010

_Cecelia Schwartz_
Plaintiff Signature

_Cecelia Schwartz_
Printed Name

Name of Plaintiff: __Cecelia Schwartz__

Schedule of Plaintiff's Transaction(s) in: **Education Management Corporation**

Purchase(s):

| Date | Units | Price |
|---|---|---|
| October 9, 2009 | 150 shares | 22.528 |

## Plaintiff's Certification of Investment of
## Educational Management Corporation

I, Jose Alfredo Ajjam, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class"). I am willing to participate on a committee of shareholders.

3. Plaintiff's transactions in Educational Management Corporation ("EDMC") security that is the subject of this action is:

| # Shares Purchased | Date Purchased | Price Per Share | Class of Stock (e.g. Common) | If Sold, # of Shares Sold | Date Sold (if sold) | Per Share Sold Price |
|---|---|---|---|---|---|---|
| 2,000 | 08/03/10 | 14.77 | Common | 1,450 | 09/07/10 | 8.39 |
| 1,950 | 08/04/10 | 14.40 | Common | 1,500 | 09/16/10 | 10.35 |
| 3,000 | 08/06/10 | 13.15 | Common | 7,000 | 09/23/10 | 12.50 |
| 3,000 | 08/13/10 | 12.10 | Common | | | |

(continue on blank piece of paper, if necessary)

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 11th day of October, 2010.

Signature: Jose Alfredo Ajjam
Name (please print): Petroleum Strategic Consul
Telephone Number: 281-2571251 / 713-4780480

Address: 17406 Memorial Blossom Drive
City: Spring   State: TX   Zip: 77379
Email Address: aar22@msn.com

## Plaintiff's Certification of Investment of
## Educational Management Corporation

I, LYNNE GOLDSTEIN, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the Complaint in this action and authorize the filing of this Certification.

2. If chosen, I am willing to serve as a representative party on behalf of the class (the "Class"). I am willing to participate on a committee of shareholders.

3. Plaintiff's transactions in Educational Management Corporation ("EDMC") security that is the subject of this action is:

| # Shares Purchased | Date Purchased | Price Per Share | Class of Stock (e.g. Common) | If Sold, # of Shares Sold | Date Sold (if sold) | Per Share Sold Price |
|---|---|---|---|---|---|---|
| 100 | 10/6/09 | 22.60 | common | | | |
| 200 | 10/20/09 | 26.29 | '' | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(continue on blank piece of paper, if necessary)

4. I did not purchase these securities at the direction of my counsel, or in order to participate in a lawsuit under the Securities Exchange Act of 1934.

5. During the three-year period preceding the date of the Certification, I have not sought to serve, nor have I served, as a representative to any party or on behalf of any class in any action arising under the Securities Exchange Act of 1934.

6. I will not accept any payment if chosen to serve as a representative party on behalf of the Class beyond my pro rata share of an award to the Class, or as otherwise ordered and approved by the Court.

Signed under penalty of perjury, this 11 day of October, 2010.

Signature: Lynne Goldstein
Name (please print): LYNNE GOLDSTEIN
Telephone Number: 863-320-3536

Address: 370 TRAVELERS DRIVE
City, State, Zip: POLK CITY, FL 33868
Email Address: Lakesidegoldie@hotmail.com