# EXHIBIT B

**SOURCE: Kahn Swick & Foti, LLC**

**Aug 12, 2010 09:15 ET**

## KSF Law Firm Files First Securities Class Action Against Education Management Corp.; Urges Shareholders to Inquire About Lead Plaintiff Position -- EDMC

NEW ORLEANS, LA--(Marketwire - August 12, 2010) -  Kahn Swick & Foti, LLC ("KSF") has filed the first securities class action lawsuit against Education Management Corporation ("EMC" or the "Company") (NASDAQ: EDMC) in the United States District Court for the Western District of Pennsylvania, on behalf of purchasers of the common stock of the Company between October 2, 2009 and August 3, 2010, inclusive (the "Class Period"). No class has yet been certified in this action.

If you are an EMC shareholder and would like to discuss your legal rights and how this case might affect you, along with the lead plaintiff position and its related responsibilities including overseeing lead counsel with the goal of obtaining a fair settlement, you may, without obligation or cost to you, e-mail or call KSF Director of Client Relations, Neil Rothstein, Esq. (neil.rothstein@ksfcounsel.com), toll free at 877-694-9510, or via cell phone 330-860-4092, or KSF Managing Partner, Lewis Kahn (lewis.kahn@ksfcounsel.com), toll free 1-866-467-1400, ext. 200, after hours via cell phone 504-301-7900. KSF attorneys have significant experience in representing both institutional and individual shareholders in securities fraud litigation nationwide. KSF encourages both institutional and individual purchasers of EMC to contact the firm to discuss the lawsuit and how it might affect you.

EMC and certain of its Officers are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934, and are charged with issuing a materially false and misleading registration statement and proxy-prospectus in connection with the October 2, 2009 Initial Public Offering, in violation of the Securities Act of 1933.

In particular, the Complaint alleges that despite extensive positive statements by defendants in press releases and SEC filings during the Class Period regarding the Company's operational performance and future growth projections, these statements were false because: (1) defendants had propped up the Company's results by fraudulently inducing students to enroll in EMC's scholastic and educational programs and engaged in other manipulative recruiting tactics; (2) defendants had materially overstated the Company's growth prospects by failing to properly disclose that defendants had engaged in illicit and improper recruiting activities, which also had the effect of artificially inflating the Company's reported results and future growth prospects; and (3) EMC did not maintain adequate systems of internal operational or financial controls, which would have permitted EMC's reported operational statements and foreseeable growth prospects to be true, accurate or reliable.

It was only on August 3, 2010 that investors finally began to learn the truth about EMC after the United States General Accounting Office ("GAO") issued a report that concluded that for-profit educational institutions like EMC had engaged in an illegal and fraudulent course of action designed to recruit students and over-charge the federal government for the cost of such education. Following these disclosures, shares of the Company collapsed -- falling almost 18% in several trading days as this news reached the market.

If you wish to serve as lead plaintiff in this class action lawsuit, you must request this position by application to the court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. To learn more about KSF, you may visit www.ksfcounsel.com. KSF is a law firm focused on securities class action litigation with offices in New York and Louisiana. KSF's lawyers have significant experience litigating complex securities class actions and have recovered tens of millions of dollars over the past two years for aggrieved investors.

Back

Contact:

Kahn Swick & Foti, LLC
Neil Rothstein, Esq.
Director of Client Relations
206 Covington St.
Madisonville, LA 70447
877-694-9510 or 330-860-4092 (cell)
neil.rothstein@ksfcounsel.com

Privacy Statement | Terms of Service | Sitemap |© 2010 Marketwire, Incorporated. All rights reserved.
Your newswire of choice for expert news release distribution.
1-800-774-9473 (US)　|　1-888-299-0338 (Canada)　|　+44-20-7562-6550 (UK)