UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS N. GAER, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATION MANAGEMENT CORP., TODD S. NELSON, EDWARD H. WEST, RANDALL J. KILLEEN, JOHN R. MCKERNAN, JR., ADRIAN M. JONES, JEFFREY T. LEEDS, LEO F. MULLIN, PAUL J. SALEM, PETER O. WILDE, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. INC., ROBERT W. BAIRD & CO. INC., WILLIAM BLAIR & CO., L.L.C., BMO CAPITAL MARKETS CORP., PIPER JAFFRAY & CO., BARRINGTON RESEARCH ASSOCIATES, SIGNAL HILL CAPITAL GROUP, LLC, and STIFEL, NICOLAUS & CO., INC.<br><br>Defendants. | CIV. NO. 2:10-cv-01061-RCM<br><br>Filed Electronically |

## WAIVER OF SUMMONS AND ACCEPTANCE OF SERVICE

I, Thomas S. Jones, attorney for defendant Randall J. Killeen, hereby acknowledge and state that I waive service of summons on behalf of Defendant Killeen in this matter. I further acknowledge and state that I accept service of the Amended Class Action Complaint ("Complaint") on behalf of Defendant Killeen. Defendant Killeen will retain all defenses and objections to the lawsuit and to the jurisdiction and venue of the court, except for objections

based on a defect in the summons or in the service of the summons and Complaint.

Dated 1-25-2011                                  JONES DAY

                                                 _____
                                                 Thomas S. Jones (Pa. I.D. # 71636)
                                                 500 Grant Street, Suite 4500
                                                 Pittsburgh, Pennsylvania 15219
                                                 Telephone: (412) 391-3939
                                                 Facsimile: (412) 394-7959
                                                 Email: tsjones@jonesday.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 26, 2011, I electronically filed the foregoing Waiver of Summons and Acceptance of Service with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

                                                           */s/ Kathleen Donovan-Maher*
                                                           Kathleen Donovan-Maher