# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS N. GAER, Individually And On Behalf All Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>EDUCATION MANAGEMENT CORP., TODD S. NELSON, EDWARD H. WEST, JOHN R. MCKERNAN, JR., PAUL J. SALEM, ADRIAN M. JONES, JEFFREY T. LEEDS, PETER O. WILDE, LEO F. MULLIN, GOLDMAN, SACHS & CO., J.P. MORGAN SECURITIES, INC., MERRIL LYNCH, PIERCE, FENNER & SMITH INC., BARCLAYS CAPITAL INC., CREDIT SUISSE SECURITIES LLC., and MORGAN STANLEY & CO. INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:10-cv-01061-RCM |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A RESPONSE TO EDUCATION MANAGEMENT CORPORATION'S, INDIVIDUAL DEFENDANTS', AND UNDERWRITER DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS TO DISMISS, AND IN OPPOSITION TO DEFENDANTS' REQUEST <u>FOR JUDICIAL NOTICE</u>**

Lead Plaintiff Oklahoma Police Pension and Retirement System and plaintiff Southeastern Pennsylvania Transportation Authority (collectively, "Plaintiffs") respectfully request leave of Court to file the attached Response to Education Management Corporation's, Individual Defendants', and Underwriter Defendants' (collectively, "Defendants") Supplemental Brief in Support of Motions to Dismiss and in Opposition to Defendants' Request for Judicial Notice.

On June 6, 2011, Defendants filed a Motion for Leave to File a Supplemental Brief and Request for Judicial Notice (Doc. 88) to address regulations adopted by the United States Department of Education on June 2, 2011.  Leave to file was granted by the Court on June 7, 2011. [1] (Doc. 89).

Plaintiffs seek leave to file the attached three-page response to address the arguments raised by Defendants in their Supplemental Brief and to oppose Defendants' Request for Judicial Notice.  Good cause exists since plaintiffs have not yet had any opportunity to address Defendants' new arguments.

WHEREFORE, in light of this Court's allowance of the filing of Defendants' Supplemental Brief and Request for Judicial Notice, Plaintiffs respectfully move the Court to grant Plaintiffs' leave to file its response to Defendants' Supplemental Brief and opposition to their Request for Judicial Notice, attached hereto.

Dated:  June 14, 2011                                         CHIMICLES & TIKELLIS LLP

                                                      By:     */s/ Steven A. Schwartz*
                                                                Steven A. Schwartz
                                                                PA I.D. No. 50579
                                                                One Haverford Centre
                                                                Haverford, PA 19041
                                                                (610) 642-8500 (extension 319)
                                                                (610) 645-4720 (direct dial)
                                                                (610) 649-3633 (telecopy)
                                                                steveschwartz@chimicles.com
                                                                timothymathews@chimicles.com

*LIAISON COUNSEL FOR PLAINTIFFS*

---

[1]     It is not clear from the Court's Order whether the Supplemental and Request for Judicial Notice has been deemed filed.  For purposes of this Motion, Plaintiffs treat them as filed.

BERMAN DEVALERIO
Kathleen M. Donovan-Maher
(MA I.D. #558947 - *pro hac vice*)
Jeffrey C. Block
(MA I.D. #600747 - *pro hac vice*)
Kristin J. Moody
Steven J. Buttacavoli
One Liberty Square
Boston, Massachusetts  02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: kdonovanmaher@bermandevalerio
Email: jblock@bermandevalerio.com
Email: kmoody@bermandevalerio.com
Email: sbuttacavoli@bermandevalerio.com

*LEAD COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I electronically filed the foregoing Plaintiffs' Motion For Leave To File A Response To Education Management Corporation's, Individual Defendants', And Underwriter Defendants' Supplemental Brief In Support Of Motions To Dismiss, And In Opposition To Defendants' Request For Judicial Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

/s/ *Timothy N. Mathews*
Timothy N. Mathews